UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 6:14-cv-1363-PGB-TBS

FRANKLIN J. NERO, SR.,

    Plaintiff

v.

MAYAN MAINSTREET INVESTORS I LLC,
EZRA KATZ, BRADLEY WEISS,
SHUTTS & BOWEN LLP, ERIC C.
REED, ESQ., EDWARD J. O'SHEEHAN,
ESQ., DAVID K. MARKESE, ESQ.,
PAUL H. FREEMAN, ESQ., ROSE
SUNDSTROM & BENTLEY LLP, and
BRIDGET M. GRIMSLEY,
    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF
## INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, Mayan Mainstreet Investors I LLC, Ezra Katz, Bradley Weiss, Shutts & Bowen LLP, Eric C. Reed, Esq., Edward J. O'Sheehan, Esq., and David K. Markese, Esq., (collectively, "Defendants"), hereby discloses the following pursuant to this Court's Interested Persons Order dated August 28, 2014, ECF No. 13, and also pursuant to Federal Rule of Civil Procedure 7.1:

1.)     The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    **Franklin J. Nero, Plaintiff**
    **Mayan Mainstreet Investors I LLC, Defendant**
    **Ezra Katz, Defendant**
    **Bradley Weiss, Defendant**
    **Shutts & Bowen LLP, Defendant**
    **Eric C. Reed, Esq., Defendant**
    **Edward J. O'Sheehan, Esq., Defendant**

      **David K. Markese, Esq., Defendant**
      **Paul H. Freeman, Esq., Defendant**
      **Rose Sundstrom & Bentley LLP, Defendant**
      **Bridget M. Grimsley, Defendant**

      **Shutts & Bowen LLP does not have a parent corporation, and no publicly traded company owns more than 10% of the partnership interest of Shutts & Bowen LLP.**

      **Mayan Mainstreet Investors I LLC does not have a parent corporation, and no publicly traded company owns more than 10% of the membership interest of Mayan Mainstreet Investors I LLC.**

2.)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      **None**

3.)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      **None**

4.)    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      **Other than the Defendants of record, none.**

      I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 1st day of October, 2014.

        SHUTTS & BOWEN LLP
        Attorneys for Defendants Mayan Mainstreet Investors I LLC, Ezra Katz, Bradley Weiss, Shutts & Bowen LLP, Eric C. Reed, Edward J. O'Sheehan, and David K. Markese
        200 East Broward Boulevard, Suite 2100
        Fort Lauderdale, FL  33301
        Telephone:  (954) 524-5505
        Facsimile:   (954) 888-3071


By: **/s/ Edward J. O'Sheehan**
        Jack C. McElroy
        Florida Bar No. 818150
        jmcelroy@shutts.com
        Edward J. O'Sheehan
        Florida Bar No.:  0056790
        eosheehan@shutts.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October, 2014, a true and correct copy of this Certificate of Interested Persons and Corporate Disclosure Statement has been served *via* U.S. Mail to: Franklin Nero, 11912 Airport Park Drive, Orlando, Florida 32824.


By: **/s/ Edward J. O'Sheehan**
    Edward J. O'Sheehan