**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

FRANKLIN J. NERO, SR.,

    Plaintiff,

v.                                          Case No:   6:14-cv-1363-Orl-40TBS

MAYAN MAINSTREET INVESTORS 1
LLC, et al.,

    Defendants.

_____

**ORDER OF REFERENCE**

    Defendants' Motion to Dismiss (Doc. 31) filed October 1, 2014 in this case is hereby referred to the Magistrate Judge for ruling, or if necessary, issuance of a Report and Recommendation.

    **DONE AND ORDERED** in Chambers at Orlando, Florida on October 10, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party