UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
DIVISION

Franklin J Nero Sr., )
   Plaintiff )
)
)
               v. )   Case No.6:14-CV-1363-ORL-40-TBS
)
MAYAN MAINSTREET INV I LLC, )
PERSONALLY EZRA KATZ, BRADLEY
WEISS, SHUTTS & BOWEN LLP,
PERSONALLY ERIC C. REED ESQ,
SHUTTS & BOWEN LLP, PERSONALLY
EDWARD J. O'SHEEHAN ESQ,
PERSONALLY DAVID K MARKESE ESQ
   Defendant(s)

## MOTION IN OPPOSITION OF DEFENDANTS MOTION TO STAY THEIR ANSWERS TO PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT

1. Plaintiff, Franklin J. Nero Sr. respectfully motion to stay be denied and enforce a the dead line for the answers of the Motion for Partial Summary Judgment.

2. The defendants cite no case law or cases to support such a delay.

3. The defendants showed fraud upon the court multiple times in the previous case and fraud throughout the entire case to allow them more time to delay the proceedings puts a higher risk of ways for them to escape their liabilities under the law.

4. The defendants have shown their complete disregard for the law and statues and the court system already by filing their motion to dismiss and lying and committing fraud Upon the court in the new federal court proceedings in their motion.

5. The defendants should be required to answer the motion for Partial Summary Judgment as the court already required.

6. By requiring the defendants to answer the Motion for Partial Summary Judgment the court can see if they if they can respond without lying again to this Federal Court.

7. The minor cost to answer the motion should be their burden since they have already attempted to deceive this court.

8. The majority of the defendants are attorneys and one of the defendants is attorney Edward J. O'Sheehan representing himself plus the other defendants stated on their motion.

9. Therefore the cost would be minimal since he is defending himself and his own law firm and 2 of his co counsels 3 other defendants.

10. That is surly less than what the Plaintiff Franklin J. Nero has had to endeavor over the past 7 years.

11. The court can make a much more informed decision based on the true Judicial system and not the corrupted views of the defendants and their legal power teams.

12. Tila Rescission is to allow the borrower's a more powerful standing to enforce the consumer protection laws. This group of defendants have been allowed to destroy the consumer protection laws that designed to protect the rights of the bowers not the bad actions of the mortgage companies U.S.C. 1635; 226.23

13. The Plaintiff has brought to the courts attention many overwhelmingly amount of fraudulent actions perpetrated on the court system. The motion for Partial Summary Judgment was filed as it was to be and in a timely matter. If the court lets the deadlines stand then the court will have the opportunity to review the defendants answers. In a timely fashion. So the court can make the appropriate rulings based on the fraud upon the court and fraud in general and wrongful foreclosure.

14. The court will clearly see that the defendants acted in a very malicious and grossly abusive and extremely damaging way to obstruct the Judicial system deliberately.

15. The court must strongly require the response's/answers to the claims/accusations of fraud and fraud upon the court since these are severe accusations and deserve a thorough and complete review to make a clear and non-conflicting and/or non-

appearance of partiality for the judicial system to operate fair and in an impartial method in the eyes of the public.

16. Wherefore, The plaintiff Franklin J. Nero Sr. respectfully requests that the court deny the motion to stay.

Franklin J. Nero Sr. Pro Se _____ 10/10/2014
11912 Airport Park Drive
Orlando, Florida 32824
franknsr@yahoo.com
407-625-4491

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October 2014 a true and correct copy of this Motion in Opposition of the defeants motion to dismiss and their motion to strike the Punitive damage claims. Via U.S mail to Shutts & Bowen attorneys Edward J. Osheehan, Jack C. Mcelroy for Shutts & Bowen and Mayan Mainstreet Investors I,LLc and Ezra Katz, Bradley Weiss, Eric Reed, Edward J.O'Sheehan, David Markese. 200 east Broward Boulevard, suite 2100
Fort Lauderdale, Florida 33301

FRANKLIN J. NERO SR. PRO SE _____ 10/10/2014
11912 AIRPORT PARK DRIVE ORLANDO,
FLOIRDA 32824
407-625-4491 franknsr@yahoo.com